# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3797

_____

| | | |
|---|---|---|
| Theresa L. Hermes, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Nebraska. |
| State of Nebraska, acting through the | * | |
| Department of Public Institutions, | * | **[UNPUBLISHED]** |
| Western Nebraska Veterans' Home, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: July 31, 2000
Filed: August 3, 2000

_____

Before BEAM, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Theresa L. Hermes commenced this action alleging violations of the Americans with Disabilities Act (ADA), 42 U.S.C. § 12112, et seq., by the State of Nebraska Department of Public Institutions. The district court[1] dismissed the action, and denied Hermes's motion for a new trial, based upon this court's decision that the States and their instrumentalities are entitled to Eleventh Amendment immunity from actions under

_____

[1]The HONORABLE RICHARD G. KOPF, Chief Judge, United States District Court for the District of Nebraska.

Title II of the ADA.  <u>See</u> <u>Alsbrook v. City of Maumelle</u>, 184 F.3d 999, 1010 (8th Cir. 1999) (en banc), <u>cert. dismissed</u>, 120 S. Ct. 1265 (2000).  Hermes appeals.  Concluding the district court properly applied our controlling decision in <u>Alsbrook</u>, and did not abuse its discretion in denying Hermes's motion for a new trial, we affirm.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.